■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVIE A. TARTT, Appellant.—Judgment unanimously modified, on the law, in accordance with memorandum and, as modified, affirmed. Memorandum: The People candidly concede that the sentence upon Count No. 8 of the indictment was error. In that count, appellant was charged with possession of a weapon as a misdemeanor, but the court mistakenly sentenced him as a felon. The sentence should be modified to a definite term of one year (see

*People v Dixon,* 52 AD2d 1090). We have examined appellant's other contentions and find them to be without merit. (Appeal from judgment of Erie Supreme Court—criminal possession dangerous drug, first degree and other charges.) Present—Marsh, P. J., Moule, Goldman and Witmer, JJ.